**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:        James Arthur, et al v. Blackburne & Brown Mortgage Fund, Inc.

Appellate case number:    01-20-00122-CV

Trial court case number:  2019-80239

Trial court:                       11th District Court of Harris County

      This Court issued an opinion on July 21, 2020, dismissing this appeal for failure to make payment arrangements for the filing of the clerk's record. Appellant filed a motion for rehearing and a supplemental motion for rehearing and appellee filed a response, opposing the grant of rehearing.

      On January 12, 2021, appellant filed a notice attaching a receipt that showed he had paid for the clerk's record.

      Because appellant has now paid for the clerk's record, the Court **grants** the motion for rehearing, **withdraws** the opinion and judgment of July 21, 2020, and **reinstates** the appeal on the active docket.

      The clerk's record was filed on January 12, 2021. The reporter's record is due **within 30 days of the date of this order** or the Court will order briefs to be filed and will "consider and decide those issues or points that do not require a reporter's record for a decision." *See* TEX. R. APP. P. 37.3(c).

      It is so ORDERED.


Judge's signature: _____/s/ Justice Richard Hightower_____
                ☐ Acting individually     ☑ Acting for the Court

Panel consists of Justices Kelly, Goodman, and Hightower

Date: __February 4, 2021_____